**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Fredy Yovani HERNANDEZ-MALDO-NADO, a.k.a. Fredy Guanny Hernandez, a.k.a. Fredy Y. Hernandez, a.k.a. Fredy Yovani Hernandez, a.k.a. Fredy Yovani Hernandez-Maldonado, Defendant-Appellant.**

No. 16-10158

United States Court of Appeals, Ninth Circuit.

Submitted April 11, 2017 *

Filed April 18, 2017

Erica McCallum, Assistant U.S. Attorney, USTU-Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

## MEMORANDUM **

Fredy Yovani Hernandez-Maldonado appeals from the district court's judgment

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

and challenges the 25-month sentence imposed on remand following his guilty-plea conviction for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hernandez-Maldonado's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Hernandez-Maldonado the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.